1:05-CR-0036-03

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:05CR00003-003

**DOCKET NUMBER** *(Rec. Court)*
3:13-00253-01

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gary Michael Shuttleworth<br>981 Murfreesboro Pike, Apt 221<br>Nashville, TN 37217 | WD/VA | Abingdon |

NAME OF SENTENCING JUDGE
Honorable James P. Jones, U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/09/2013 | TO 07/08/2018 |
|---|---|---|

**OFFENSE**
Conspiracy to Distribute a Mixture Containing 500 Grams or More of Methamphetamine
Possession of a Firearm During and Relation to a Drug Trafficking Crime

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Virginia**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee - Nashville** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/18/13
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-6-13
*Effective Date*

*United States District Judge*